FILED

02/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0544

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JUSTIN JAMES SWANSON,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time to file Appellant's reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until March 29, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 22 2024